# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2005

128822

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DONNELL SHINHOLSTER-EL,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 128822
COA: 254239
St. Clair CC: 01-002886-FH

_____/

     On order of the Court, the application for leave to appeal the April 12, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2005

t1121

_____
Clerk